## QUALITY TIRE COMPANY, Appellant, v. C. Frank CHADDICK, Appellee.

### No. 10438.

Court of Civil Appeals of Texas. San Antonio.

March 29, 1939.

Rehearing Denied April 26, 1939.

Lewis & Russell, of San Antonio, for appellant.

Hayden C. Covington, of San Antonio, for appellee.

PER CURIAM.

Affirmed without written opinion. Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294.

## John SAGARIN et al., Plaintiffs In Error, v. A. F. HOLLIDAY, Defendant in Error.

### No. 10518.

Court of Civil Appeals of Texas. San Antonio.

April 12, 1939.

Rehearing Denied May 10, 1939.

F. J. Onzon and Sidney P. Chandler, both of Corpus Christi, for plaintiffs in error.

Keys & Holt and Hayden W. Head, all of Corpus Christi, for defendant in error.

PER CURIAM.

Affirmed without written opinion. See Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294.

## TEXAS & NEW ORLEANS RAILROAD COMPANY v. L. E. FUTCH.

### No. 3424.

Court of Civil Appeals of Texas. Beaumont.

April 10, 1939.

Rehearing Denied April 26, 1939.

Ned Shands, Jr., of Lufkin, for appellant.

H. R. Rolston, of Lufkin, for appellee.

WALKER, Chief Justice.

This case originated in justice court of Angelina County; was appealed to the county court of Angelina County and from that court to this court. It is our conclusion that the judgment of the lower court should be affirmed, and it is so ordered. On authority of Associated Ind. Corp. et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294; Kozielski v. Williams, Tex.Civ.App., 125 S.W.2d 1118, Farmers State Bank of Center v. Harris, Tex.Civ.App., 126 S.W. 2d 1216, and Wade v. Pratt, Tex.Civ.App., 126 S.W.2d 1216, the affirmance is without written opinion.

Affirmed.